IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA ANN FERGUSON | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2090 |
| | * | |
| ANNE ARUNDEL COUNTY, MARYLAND | * | |
| | ****** | |

**MEMORANDUM**

Plaintiff has filed this *pro se* action. Defendant has filed a motion to dismiss or for summary judgment. The motion will be treated as one to dismiss and, as such, will be granted.

The reasons for the ruling I am making are as follows:

1. Plaintiff was required to file a claim with the EEOC (or comparable state agency) within 300 days of the wrongs allegedly committed against her. Plaintiff claims that she was constructively discharged on March 31, 2014. She did not file any claim with the EEOC until April 14, 2015, 380 days after the termination of her employment. Thus, to the extent that she claims that defendant discriminated against her during the course of her employment, her claim is time-barred.

2. Plaintiff's claim against the EEOC stated that it was for the discrimination on "appeal of unemployment insurance benefits –> led to hearing denial of vocational rehabilitation." The present action is for employment discrimination based on disability. This is quite different from the claim that she filed with the EEOC. Thus, she did not exhaust her administrative remedies in regard to the claim that she asserts in this law suit.

1

3. Plaintiff has failed to state a claim upon which relief can be granted because she has not alleged that she is a qualified individual or able to perform the functions of a specific position with reasonable accommodation.

4. To the extent that plaintiff asserts claims arising from the denial of her request for disability retirement, her claims have been fully litigated in state courts.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: 12/17/15

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 DEC 17 PM 4:03
DISTRICT OF
U.S. DISTRICT COURT
FILED

2